

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,715-03

### EX PARTE ROY WAYNE JACKSON JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 12-12-13308-CR-(2) IN THE 221ST DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of continuous sexual abuse of a child and aggravated sexual assault of a child and sentenced to life sentences for each count, to run consecutively. The Ninth Court of Appeals affirmed his conviction. *Jackson v. State*, Nos. 09-15-00071 & 09-15-00072 (Tex. App.—Beaumont Mar. 23, 2016) (not designated for publication) Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Based on the trial court's findings and this Court's independent review of the entire record, grounds one, two, and three are denied.

Consideration of ground four is barred and it is dismissed as subsequent. TEX. CODE CRIM.

PROC. art. 11.07 § 4.

Filed: April 29, 2020
Do not publish